## ATLAS ENGINE WORKS ET AL. *v.* MINNEHAHA NATIONAL BANK.

[No. 7,620. Filed April 18, 1912.]

From Superior Court of Marion County (79,188) ; *Pliny W. Bartholomew*, Judge.

Action by the Minnehaha National Bank against the Atlas Engine Works and another. From a judgment for plaintiff, the defendants appeal. *Affirmed.*

*William J. Henley, Frederick E. Matson* and *Edward E. Gates,* for appellants.

*Gavin, Gavin & Davis,* for appellee.

MYERS, J.—In all legal respects this case is the same as the case of *Atlas Engine Works* v. *First Nat. Bank, etc.* (1912), *ante,* 549. 97 N. E. 952. On the authority of that case the judgment in this case is affirmed.